UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GLORIA BAKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:08CV1336 CDP |
| ) | |
| RRI, INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On January 5, 2009, I ordered Baker to show cause why this action should not be dismissed without prejudice for lack of timely service on RRI. Baker has shown good cause for the failure, and, under Fed.R.Civ.P. 4(m), I must extend the time for service for an appropriate period.

**IT IS HEREBY ORDERED** that the time for service under Fed.R.Civ.P. 4(m) is extended, and plaintiff will have **60 days** from the date of this order to serve defendant.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 9th day of January, 2009.